UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:18-CV-281-CHB |
| ) | |
| v. ) | |
| ) | **ORDER ACCEPTING WARNING** |
| ESTATE OF VESTA FLANNERY, ) | **ORDER REPORT** |
| DECEASED, et al., ) | |
| ) | |
| Defendants. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney James D. Hodge was appointed to serve as warning order attorney for Defendant Unknown Spouse of Carolyn Hillard [R. 24]. Attorney Hodge has now filed his report and requests payment of his attorney fees [R. 32]. The Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Warning Order Report is **ACCEPTED**, and attorney Hodge's Motion for an Award of Fees [**R. 32**] is **GRANTED**.

2. Attorney Hodge is relieved of any further duties as warning order attorney in this matter. It is further **ORDERED** that he be allowed an attorney fee of $200.00, plus costs and expenses of $8.80.

This the 10th day of May, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY